#115  #128119

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western DIVISION

FILED
2009 DEC -2 PM 1:34
BANKRUPTCY COURT
TOLEDO, OHIO

| | |
|---|---|
| In the matter of: | Case No. 08-36608 |
| ROGERS, RICHARD RALPH, JR.<br>ROGERS, JOANNE LOUISE | Chapter 7 |
| | Judge RICHARD L. SPEER |
| WOODRUFF, JOANNE<br>Debtors. | UNCLAIMED DIVIDEND |

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3011, BRUCE COMLY FRENCH, Chapter 7 Trustee in the above captioned proceeding, has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No _113_ in the amount of $ representing unclaimed dividend.

The unclaimed dividend relates to the following claimant:

| **Claimant** | **Amount** |
|---|---|
| Verizon North, Inc<br>Vativ Recovery Solutions, LLC, As Agent<br>For Palisades/Asta Funding<br>PO Box 1924<br>Sugar Land, TX 77496 | $17.33 |

Unclaimed Check No. 113
Issued 10/30/2009

Total: $17.33

/s/ BRUCE COMLY FRENCH
BRUCE COMLY FRENCH, Trustee, Reg. No. 0005298
PO BOX 839
LIMA, OH 45802-0839
Telephone: (419) 222-9134
Facsimile: (419) 222-9437